**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ILLIANA LALLI,<br><br>　　　　　　Defendant. | Case No. **20-cr-03240 AJB**<br><br>**I N F O R M A T I O N**<br><br>Title 21, U.S.C.,<br>Sec. 841(a)(1) – Possession<br>of Methamphetamine with<br>Intent to Distribute<br>(Felony) |

　　　The United States Attorney charges:

　　　On or about September 22, 2020, within the Southern District of California, defendant, ILLIANA LALLI, did knowingly and intentionally possess, with intent to distribute, 500 grams and more, to wit: approximately 8.1 kilograms (17.99 pounds) of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

　　　DATED:　 10/16/2020　　 .

　　　　　　　　　　　　　　　　　　ROBERT S. BREWER, JR.
　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　/s/ Nelson F. Candelario
　　　　　　　　　　　　　　　　　　NELSON F. CANDELARIO
　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

NFC:am 10/14/2020