```
ROBERT S. BREWER, JR.
United States Attorney
AMANDA T. MUSKAT
Assistant U.S. Attorney
California Bar No. 312825
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-6495
Amanda.Muskat@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 20-cr-3240-AJB |
|---|---|
| Plaintiff, | |
| v. | WITHDRAWAL OF DOCUMENT |
| Illiana Lalli, | |
| Defendant. | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

IT IS HEREBY REQUESTED by the parties in the case, plaintiff, United States of America, by and through its counsel, ROBERT S. BREWER, JR., United States Attorney, and AMANDA MUSKAT, Assistant United States Attorney, that this Court authorizes the withdrawal of document number 5 from the clerks record.

DATED: November 30, 2020.           Respectfully submitted,

                                     ROBERT S. BREWER, JR.
                                     United States Attorney

                                     *s/ Amanda T. Muskat*
                                     AMANDA T. MUSKAT
                                     Assistant U.S. Attorney
                                     Attorneys for Plaintiff
                                     United States of America